UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(ALBANY)

| | |
|---|---|
| Joseph Martinez,<br>*Plaintiff,*<br><br>vs.<br><br>Commissioner of Social Security,<br>*Defendant.* | )   Case 1:23-cv-00767-GTS-TWD<br>)   Magistrate Therese Wiley Dancks<br>)<br>)<br>)<br>) **Joint Stipulation for Remand**<br>) (Document Filed Electronically)<br>)<br>) |

**Joint Stipulation for Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g)**

The parties, through their respective counsel, stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a *de novo* administrative hearing and a new decision.  The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: November 15, 2023

By:/s/ *Jason P. Peck*

Jason P. Peck
Special Assistant U.S. Attorney
Office of Program Litigation – 2
Office of the General Counsel
Social Security Administration
Phone:  (212) 264-2493
Duty station time zone:  Eastern
jason.peck@ssa.gov

By:  /s_ *[signature]*

Josephine Gottesman
Dennis Kenny Law
288 North Plank Road
Newburgh, NY 12550
845-566-4400
Fax: 845-569-0111
Email: jgottesman@denniskennyssdlaw.com

**So Ordered:**

_____
Glenn T. Suddaby
U.S. District Judge

November 16, 2023
**DATE**