UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(ALBANY)

| | | |
|---|---|---|
| Joseph Martinez,<br>*Plaintiff,* | ) | 1:23-cv-00767-GTS-TWD |
| | ) | |
| vs. | ) | |
| | ) | Joint Stipulation for EAJA Fees |
| | ) | (Document Filed Electronically) |
| Commissioner of the<br>Social Security Administration,<br>*Defendant.* | )<br>)<br>) | |

### STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

**IT IS HEREBY STIPULATED** by and between Jason P. Peck, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Josephine Gottesman, *Esq.*, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$7,297.50,** pursuant to the EAJA, 28 U.S.C. § 2412. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: January 2, 2024

By:/s/ *Jason P. Peck*

Jason P. Peck
Special Assistant U.S. Attorney
Office of Program Litigation – 2
Office of the General Counsel
Social Security Administration
Phone: (212) 264-2493
Duty station time zone: Eastern
jason.peck@ssa.gov

By: /s/ *Josephine*

Josephine Gottesman
Dennis Kenny Law
288 North Plank Road
Newburgh, NY 12550
845-566-4400
Fax: 845-569-0111
Email: jgottesman@denniskennyssdlaw.com

**So Ordered:**

_____     January 5, 2024
Glenn T. Suddaby                                    DATE
U.S. District Judge